# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 13, 2005

125900

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

In re ESTATE OF JANIS MARCHYOK,
Deceased,

_____

KATHARINE MARCHYOK and DELORES
FOSTER, Co-Personal Representatives of the
ESTATE OF JANIS MARCHYOK, and
DOUGLAS MARCHYOK, Next Friend of
PATRICK MARCHYOK, MICHAEL
MARCHYOK and RICHARD FOSTER, minors,
            Plaintiffs-Appellants,

v

CITY OF ANN ARBOR,
            Defendant-Appellee.

SC: 125900
COA: 242409
Washtenaw CC: 01-000279-CZ

_____/

On order of the Court, the application for leave to appeal the February 24, 2004 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH and KELLY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 13, 2005

_____
Clerk

p1006